UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

APR 01 2024 12:05 USBC

IN RE :                                          ]
                                                 ]        CHAPTER 7
    JOSEPH S. PROVANZANO,                        ]        CASE NO. : 24-10298
                                                 ]        JUDGE JANET E. BOSTWICK
                           Debtor.               ]
                                                 ]

TO:    U.S. Bankruptcy Court
       J.W. McCormack Post Office & Court House
       5 Post Office Square, Suite 1150
       Boston, MA 02109-3945

**DEBTOR'S ORIGINAL ANSWER, DEFENSES AND
RESPONSES TO INVOLUNTARY PETITION
AND
MOTION FOR CONTINUANCE, ASSENTED TO, TO RESOLVE CLAIMS
WITH
A CERTIFICATE OF SERVICE**

**I.  DEFENDANT'S ORIGINAL ANSWER TO JURISDICTION**

1. ]    Pursuant to Federal Rule of Civil Procedure, Rule 8[b], the Defendant responds to

the allegations in each corresponding Part of the Complaint as follows herein after and submits

that this Court has jurisdiction over the issues stated in the Complaint.

**II.  DEFENDANT'S ORIGINAL ANSWER TO COMPLAINT**

2. ]    The Defendant Admits the allegations contained within Part 2, Part 4, Part 6, Part

8, Part 10, and Part 13, o f the Complaint.

3. ]    The Defendant Denies the allegations contained in Part 11 of the Complaint.

**ANSWER, DEFENSES, MOTION CONTINUE**

Thursday, March 28, 2024

4. ]    The Defendant Denies that this Court should grant the relief sought in <u>Part 4</u> of the Complaint.

5. ]    The Defendant Admits that this Court has original jurisdiction to hear this Complaint.

## III.  DEFENDANTS' AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

6. ]    The Defendant acted in good faith.

### SECOND AFFIRMATIVE DEFENSE

7. ]    The Debtor says that the Pandemic and certain other business, personal, and family issues have caused the Debtor to delay being able to make the payments of the three [3] Creditors, as named in the Petition For Involuntary Bankruptcy.

### THIRD AFFIRMATIVE DEFENSE

8. ]    Before the Pandemic closed the county, the Debtor had assistance from consultants that functioned as and/or provided services to operate the law office, but when the Pandemic arrived, the Debtor's office was caused to reduce service. This resulted in the Debtor having to provide all of the services called for to operate, causing for extended time in resolving matters and providing services. This caused the amounts due the Debtor and/or to be earned to be delayed. This extended the time to make payments to the three [3] Creditors, which can and will be paid, pursuant to agreements being negotiated.

**ANSWER, DEFENSES, MOTION CONTINUE**

Page #3

Thursday, March 28, 2024

## FOURTH AFFIRMATIVE DEFENSE

9. ]      Each of the three [3] Creditors are agreeing that they will each enter into payment agreements, so as to resolve their claimed obligations, in full, with each to be complete on or before October 01, 2024. Creditor Muraglia has indicated a willingness to enter into a payment schedule to resolve that debt, in full, on or about August 01, 2024; with Creditor Sweeeney indicating that the debt due can be resolved, in full, on or before September 01, 2024, and with Creditor Barden indicating that the debt due can be resolved, in full, on or about October 01, 2024. This will resolve each of the three [3] Creditors' claims and will save the time of the Court and those involved therewith. These are the only complaining Creditors.

## FIFTH AFFIRMATIVE DEFENSE

10. ]      The Debtor further Answers that he is in Settlement Negotiations with each of the three [3] Creditors, which are likely to result in each of the three [3] Creditors being paid in full on or before October 01, 2024.

## SIXTH AFFIRMATIVE DEFENSE

11. ]      The Debtor argues and says that he is agreeing to and capable of making payment of the Debtor's debts and obligations, as claimed, and as they become due, but due to the lack of demand and/or pressure from the Creditors these three [3] Creditors were not paid, but will be paid.

## SEVENTH AFFIRMATIVE DEFENSE

12. ]      The Creditors have failed to mitigate their alleged damages, but are now agreeing to do so via payment settlement agreements..

## EIGHTH AFFIRMATIVE DEFENSE

ANSWER, DEFENSES, MOTION CONTINUE

Thursday, March 28, 2024

13. ]   The Creditors' claims are barred by the doctrines of waiver, estoppel and/or laches.

### NINTH AFFIRMATIVE DEFENSE

14. ]   The Creditors' claims are barred by accord and satisfaction, settlement and/or payment and release.

### TENTH AFFIRMATIVE DEFENSE

15. ]   All actions taken by Defendant with respect to the Creditors were supported by legitimate business reasons.

### ELEVENTH AFFIRMATIVE DEFENSE

16. ]   The Creditors cannot and have not demonstrated that the Debtor cannot pay debts as they come due.

### TWELFTH AFFIRMATIVE DEFENSE

17. ]   The Debtor has the intention to honor all payment obligations, but the circumstances arising in the United States, in part, contributed to falling revenues and increased obligations and the delay in resolving these claims.

### THIRTEENTH AFFIRMATIVE DEFENSE

18. ]   The Debtor has the ability to honor the stated obligations and can make the obligations called for to resolve them by the dates stated.

### FOURTEENTH AFFIRMATIVE DEFENSE

19. ]   The Debtor states that no other creditor has sought to be joined in this action.

### FIFTEENTH AFFIRMATIVE DEFENSE

20. ]   The Debtor states that the Creditors filing this partition join in this and do not object to the relief sought and requested.

---

**ANSWER, DEFENSES, MOTION CONTINUE**

Thursday, March 28, 2024

## SIXTEENTH AFFIRMATIVE DEFENSE

21. ]    The Defendant reserves the right to assert further affirmative defenses as they

become evident through discovery investigation.


## DEBTOR'S MOTION TO CONTINUE PROCEEDINGS
## OF THE CASE TO ALLOW FOR RESOLUTIONS

Now comes the above referenced Debtor, who **MOVES** and **PRAYS** that this Honorable

Court grant the Debtor the followuing relief:

22. ]    The Debtor files this **MOTION TO CONTINUE PROCEEDINGS OF THE
CASE TO ALLOW FOR RESOLUTIONS**.

23. ]    The Debtor says that the case, for the reasons stated herein, should be continued to

on, about and/or after October 01, 2024, at which time, it is likely and reasonable that all of the

three [3] Creditors will be have their claims resolved, settled and/or paid, so that this case may be

dismissed by agreement of all concerned.

24. ]    The Debtor states that the Creditors filing this partition agree to join in this

Motion and that they do not object to the relief sought and requested and the continuance of this

case.

25. ]    The Debtor says that granting this Motion is in the best interest of justice and

equity and will save the tiome and resources of this Honorable Court.

## JURY DEMAND

26. ]    The Debtor hereby requests a Trial by Jury, if necessary, pursuant to Rule 38 of

the Federal Rules of Civil Procedure.


---

**ANSWER, DEFENSES, MOTION CONTINUE**

Thursday, March 28, 2024

**WHEREFORE**, the Debtor prays for, demands and seeks the following relief::

27. ]   THAT this Honorable Court GRANT the Defendant relief, in part, by continuing this case generally until on, about and/or after October 01, 2024.

28. ]   THAT this Court Dismiss the Complaint and the claims of the Plaintiffs once their claims are resolved on or about October 01, 2024.

29. ]   THAT this Court grant the Defendant a Trial by Jury of issues so triable.

30. ]   THAT this Honorable Court award the Defendant such other and further relief as justice and equity may requireRespectfully submitted,

/s/ Joseph S. Provanzano
Joseph S. Provanzano
16 Bourbon Street, Suite C
Peabody, MA 01960-1545

Telephone   : [978] 535 - 8222
Date        : Thursday, March 28, 2024
E-Mail      : joepro12@aol.com

## CERTIFICATE OF SERVICE

I, Joseph S. Provanzano, hereby certify under oath and under the pains and penalties of perjury that on Thursday, March 28, 2024, I mailed a copy of the above pleading to Philippe Muraglia, Jonathan Sweeney and Robert Barden, by mailing same to R.J. Barden, at 98 Bean Street, Unit 9, in Hollis, ME 04042 by mailing same, via the United States Postal Service, by first class mail, postage prepaid.

Signed and sealed this Thursday, March 28, 2024.

/s/ Joseph S. Provanzano
Joseph S. Provanzano, Debtor

**ANSWER, DEFENSES, MOTION CONTINUE**